IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADIEL ALVAREZ,

    Plaintiff,

vs.                                              CASE NO.: 8:17-cv-2960-T-23-TGW

ARCHITECTURAL TILE & MARBLE, INC.,
a Florida corporation,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fla. R. Civ. P. 1.420(a)(1)(B), Plaintiff, Adiel Alvarez and Defendant, ARCHITECTURAL TILE & MARBLE, INC., having resolved their dispute, hereby stipulate and agree that all claims in this action are voluntarily dismissed with prejudice with each party to bear her or its own attorneys' fees and costs.

Dated this 29th day of January 2018.

Respectfully submitted,

| **FLORIN GRAY BOUZAS OWENS, LLC** | **TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.** |
|---|---|
| *s/ Miguel Bouzas* | *s/ Dean A. Kent* |
| **MIGUEL BOUZAS, ESQUIRE** | **DEAN A. KENT, ESQUIRE** |
| Florida Bar No.: 48943 | Florida Bar No.: 0307040 |
| miguel@fgbolaw.com | dkent@trenam.com pholliday@trenam.com |
| 16524 Pointe Village Drive, Suite 100 | 101 E. Kennedy Boulevard, Suite 2700 |
| Lutz, FL 33558 | Tampa, FL 33602 |
| Telephone (727) 254-5255 | Telephone (813) 223-7474 |
| Facsimile (727) 483-7942 | Facsimile (813) 229-655 |
| Counsel for Plaintiff | Counsel for Defendant |