UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADIEL ALVAREZ,

    Plaintiff,

v.                                         CASE NO. 8:17-cv-2960-T-23TGW

ARCHITECTURAL TILE & MARBLE, INC.,

    Defendant.
_____/

## **ORDER**

In accord with the parties' stipulation (Doc. 7), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 31, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE